RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Edna Mercedes Martinez-Contreras

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00761-DJA-2 |
| Plaintiff, | **STIPULATION TO WAIVE PRELIMINARY HEARING** |
| v. | |
| EDNA MERCEDES MARTINEZ-CONTRERAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Steven W. Myhre, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Edna Mercedes Martinez-Contreras, that the Preliminary Hearing currently scheduled on October 18, 2019 at 4:00 pm, be waived.

DATED this 16th day of October, 2019.

RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
Federal Public Defender               United States Attorney


    */s/ Katherine A. Tanaka*              */s/ Steven W. Myhre*
By_____           By_____
KATHERINE A. TANAKA                   STEVEN W. MYHRE
Assistant Federal Public Defender     Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

EDNA MERCEDES MARTINEZ-
CONTRERAS,

              Defendant.

Case No. 2:19-mj-00761-DJA-2

**ORDER**

 

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 18, 2019 at the hour of 4:00 p.m., be waived.

DATED this __18__ day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE